## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PARADIGM PROPERTY INVESTMENTS, LLC** | **CIVIL ACTION** |
| | **NO: 19-11506** |
| **VERSUS** | |
| | **SECTION: T(2)** |
| **CERTAIN UNDERWRITERS AT LLOYD'S LONDON** | |

### ORDER OF DISMISSAL

The Court, having been advised by the Magistrate Judge (R. Doc. 32) that all parties to this action have firmly agreed upon a compromise agreement;

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**New Orleans, Louisiana**, on this 14th day of May, 2020.

**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**